No. —, Original. Ex parte: IN THE MATTER OF CLARENCE H. VENNER, PETITIONER. Submitted January 14, 1924. Decided January 21, 1924. Motion for leave to file a petition for a writ of mandamus herein denied. *Mr. Elijah N. Zoline* for petitioner. *Mr. J. P. Blair, Mr. Wm. F. Herrin* and *Mr. Garret W. McEnerney* for respondent.

---

No. 258. JOSEPH RINI ET AL. *v.* STATE OF LOUISIANA. Error to the Supreme Court of the State of Louisiana. Motion to dismiss or affirm submitted January 14, 1924. Decided January 21, 1924, *Per Curiam.* Dismissed for lack of a federal question. *Spencer v. Duplan Silk Co.,* 191 U. S. 526, 530; *Shulthis v. McDougal,* 225 U. S. 561, 569; *Hull v. Burr,* 234 U. S. 712, 720; *Norton v. Whiteside,* 239 U. S. 144, 147. *Mr. A. V. Coco* and *Mr. Paul A. Sompayrac,* for defendant in error, in support of the motion. *Mr. A. D. Henriques* and *Mr. George J. Gullota,* for plaintiffs in error, in opposition to the motion.